IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02203-RM-KLM

SALVADOR MAGLUTA,

      Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
CHARLES DANIELS, Warden at U.S.P. Florence,
THERESA NEHLS, Nurse Practitioner, F.C.C. Florence,
DAVID ALLRED, Clinical Director, F.C.C. Florence,
LISA MCDERMOTT, A.H.S.A., F.C.C. Florence,
F.N.U. SANTINI,
F.N.U. WISE, and
JOHN DOES, BOP Staff Florence,

      Defendants.

_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Motion for Leave to File Amended Complaint** [#18] ("Motion").  Plaintiff's counsel has not conferred with Defendants or counsel for Defendants, stating that "Defendants are not yet represented so they are unable to take any position in this matter."  D.C.COLO.LCivR 7.1(a) provides as follows:

> Before filing a motion, counsel for the moving party or an unrepresented party shall confer or **make reasonable good faith efforts to confer** with any opposing counsel or **unrepresented party** to resolve any disputed matter. The moving party shall describe in the motion, or in a certificate attached to the motion, the specific efforts to fulfill this duty.

(emphasis added). In addition, Plaintiff's counsel has filed an Amended Complaint as a separate document rather than attaching a proposed amended complaint to the Motion showing the alterations. *Amended Complaint* [#20].  Accordingly,

      IT IS HEREBY **ORDERED** that the Motion [#18] is **DENIED WITHOUT PREJUDICE**.

IT IS FURTHER **ORDERED** that the Amended Complaint [#20] is **STRICKEN**. **Counsel for Plaintiff is advised that all future motions for leave to amend a pleading must comport with D.C.COLO.LCivR 15.1(b).**

Dated:  March 25, 2016