UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15-CV-02203-GPG

SALVADOR MAGLUTA,

 *Plaintiff*,

 Vs.

FEDERAL BUREAU OF PRISONS,
*et. al.*,

 *Defendants.*
_____/

**UNOPPOSED MOTION TO CONTINUE
SCHEDULING/PLANNING CONFERENCE**

 The Plaintiff, Salvador Magluta, through undersigned counsel, and without the opposition of Defendants' counsel, respectfully requests that this Honorable Court continue the Scheduling/Planning Conference currently scheduled for April 14, 2016, at 11:00 a.m. In support, the plaintiff states as follows:

 1. A Scheduling/Planning Conference in the above-captioned matter is currently scheduled for April 14, 2016, at 11:00 a.m.

 2. Undersigned is requesting a continuance of the conference as scheduled as he is also scheduled to be in New York from April 13, 2016, to April 17, 2016, attending to another matter.

 3. Additionally, Assistant United States Attorney Mark Pestal was not assigned to this matter until April 6, 2016, and Defendant Daniels's answer is due on April 11, 2016. AUSA Pestal anticipates filing for an extension of time to file the answer which Plaintiff will not oppose. The remaining answers are due on May 2, 2016. However,

Plaintiff has also filed a Motion for Leave to amend which is unopposed by Defendants and is pending before the Court. In the event the unopposed motion to amend is granted, a continuance would also be appropriate and equitable.

4. Given the foregoing, and further because the preliminary work for the Scheduling Order remains to be accomplished, a continuance of the conference is requested.

5. Undersigned is available on the following dates: Thursday, May 12, 2016, Monday, May 16, 2016, Tuesday, May 17, 2016, Wednesday, May 18, 2016, Thursday, May 19, 2016, Monday, May 23, 2016, Tuesday, May 24, 2016, Wednesday, May 25, 2016, Thursday, May 26, 2016, Tuesday, May 31, 2015, and Thursday, June 2, 2016.

## CERTIFICATE OF CONFERENCE

6. Undersigned conferred with counsel Mark Pestal, Esq. at the United States Attorney's Office. Mr. Pestal was just assigned to represent the Defendants and does not oppose a continuance of the conference as currently scheduled. AUSA Pestal advises that, for scheduling purposes, he will be out of the office from April 22, 2016, to May 11, 2016.

**WHEREFORE**, the Plaintiff, Salvador Magluta, though undersigned counsel, respectfully requests that this Honorable Court continue the Scheduling/Planning Conference currently scheduled for April 14, 2016, at 11:00 a.m.

Respectfully submitted,

**LAW OFFICE OF
PAUL D. PETRUZZI, PA**
*Counsel for Plaintiff*
169 E. Flagler Street, #1241
Miami, FL. 33131
Tel. 305.373.6773
Petruzzi-law@msn.com

By:   */s/ Paul D. Petruzzi*
       FL. Bar. No. 982059

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion was duly filed and served upon all counsel of record via CM/ECF this 7th day of April 2016.

By:   */s/ Paul D. Petruzzi*
       Attorney for Plaintiff